PROB 12C
(6/16)

Report Date: April 17, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2020

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Christian Ellingsworth     Case Number: 0980 2:09CR06055-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 26, 2010

Original Offense:       Felon in Possession of Firearm and aiding and Abetting, 18 U.S.C. §§ 922(g)(1) and 2

| | | |
|---|---|---|
| Original Sentence: (April 26, 2010) | Prison - 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (May 24, 2016) | Prison - 108 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced:  September 27, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires:  September 26, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/11/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #2**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Shane Ellingsworth violated mandatory condition number 2 by committing another state crime, attempting to elude a pursuing police vehicle and possession of a controlled substance with intent to deliver, methamphetamine, on or about April 10, 2020.<br><br>According to Whitman County Sheriff's Office report dated April 11, 2020, the deputy attempted to pull Mr. Ellingsworth's vehicle over as the license plate did not match the vehicle listed. After the deputy activated his overhead lights and siren, Mr. Ellingsworth attempted to flee. Mr. Ellingsworth drove in speeds in excess of 85 miles per hour in the opposite lane of travel in an attempt to flee the pursuing deputy. |

Prob12C
Re: Ellingsworth, Shane Christian
April 17, 2020
Page 2

With the assistance of the Pullman, Washington, police, spike strips were set up in order to apprehend Mr. Ellingsworth. Mr. Ellingsworth drove over the spike strips and eventually came to a stop after three of the tires were punctured.

A search warrant was obtained for the vehicle. Located inside the vehicle was approximately 30 grams of methamphetamine, 2 digital scales with methamphetamine residue, 50 individual small plastic bags, 31 suboxone strips, 4 syringes, and a small tin with the word "Shane" written on it with syringes and a small amount of methamphetamine inside.

Mr. Ellingsworth was arrested for attempting to elude a pursuing police vehicle, a class C felony in Washington State and possession of a controlled substance with intent to deliver, a Class B felony in Washington State.

On October 4, 2019, Shane Ellingsworth signed his judgment for case number 2:17CR00160-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Ellingsworth was made aware by his U.S. probation officer that he must obey all laws.

4     **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Shane Ellingsworth violated mandatory condition number 3 by unlawfully possessing controlled substances, methamphetamine and suboxone, on or about April 10, 2020.

According to Whitman County Sheriff's Office report dated April 11, 2020, the deputy attempted to pull Mr. Ellingsworth's vehicle over as the license plate did not match the vehicle listed. After a pursuit and his eventual apprehension, a search warrant was sought for Mr. Ellingsworth's vehicle.

A search warrant was obtained for the vehicle. Located inside the vehicle was approximately 30 grams of methamphetamine, 2 digital scales with methamphetamine residue, 50 individual small plastic bags, 31 suboxone strips, 4 syringes, and a small tin with the word "Shane" written on it with syringes and a small amount of methamphetamine inside. Mr. Ellingsworth was booked into the Whitman County Jail for his law violations.

On October 4, 2019, Shane Ellingsworth signed his judgment for case number 2:09CR06055-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Ellingsworth was made aware by his U.S. probation officer that he must not illegally possess controlled substances.

Prob12C
**Re: Ellingsworth, Shane Christian**
**April 17, 2020**
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Patrick J. Dennis
              04/17/2020

              Patrick J. Dennis
              U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/17/2020
Date