PROB 12C
(6/16)

Report Date: May 7, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Shane Christian Ellingsworth | | Case Number: 0980 2:09CR06055-WFN-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ | | Pullman, Washington 99163 |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: April 26, 2010 | | |
| Original Offense: | Felon in Possession of a Firearm and Aiding and Abetting, 18 U.S.C. § 922(g)(1) & 2 | |
| Original Sentence: | Prison - 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 06, 2022) | Prison - 21 months<br>TSR - 15 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: May 16, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 15, 2024 |

## PETITIONING THE COURT

To issue a **warrant**.

On May 18, 2023, a United States probation officer reviewed a copy of the conditions of supervision with Mr. Ellingsworth as outlined in the judgment and sentence. Mr. Ellingsworth signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

1      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

         **Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by failing to report for a scheduled office appointment on April 11, 2024.

         On April 5, 2024, the undersigned officer instructed Mr. Ellingsworth to report to the U.S. Probation Office for a scheduled appointment on April 11, 2024. Mr. Ellingsworth confirmed his understanding of this appointment; however, Mr. Ellingsworth failed to report as instructed. When addressing his failure to report, he indicated he fell asleep.

2      **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

Prob12C
Re: Ellingsworth, Shane Christian
May 7, 2024
Page 2

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by consuming methamphetamine on or about April 17, 2024.

On April 17, 2024, Mr. Ellingsworth reported to the U.S. Probation Office and was asked to provide a random urine sample. The sample returned presumptive positive for methamphetamine.

The urine sample was sent to Alere Laboratory for further testing. On April 26, 2024, Mr. Ellingsworth's urine sample was confirmed positive for methamphetamine.

3    **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by being dishonest with the undersigned officer on or about April 17, 2024.

On April 17, 2024, Mr. Ellingsworth provided a urine sample that tested presumptive positive for methamphetamine. When addressing the test results, Mr. Ellingsworth denied using methamphetamine and signed a written denial form.

The urine sample was sent to Alere Laboratory for further testing. On April 26, 2024, Mr. Ellingsworth's urine sample was confirmed positive for methamphetamine.

4    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by failing to report for scheduled office appointment on April 25, 2024.

On April 17, 2024, the undersigned officer instructed Mr. Ellingsworth to report to the U.S. Probation Office for a scheduled appointment on April 25, 2024. Mr. Ellingsworth confirmed his understanding of this appointment; however, Mr. Ellingsworth failed to report as instructed. Attempts to contact the offender regarding his whereabouts were unsuccessful.

5    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by failing to undergo a substance abuse evaluation, as instructed, following his relapse on or about March 22, 2024.

On April 30, 2024, the undersigned officer contacted the counselor with Palouse River Counseling. It was noted that Mr. Ellingsworth had contacted their office on March 27, 2024, regarding his relapse. Mr. Ellingsworth was instructed to report in person for an updated evaluation. Unfortunately, Mr. Ellingsworth never reported and has not contacted their office since March 27, 2024.

Prob12C  
Re: Ellingsworth, Shane Christian  
May 7, 2024  
Page 3

| | | |
|---|---|---|
| 6 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on April 30, 2024, at Pioneer Human Services (PHS).

Mr. Ellingsworth is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

PHS reported Mr. Ellingsworth failed to appear for testing on April 30, 2024.

7   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the terms of his supervised release by failing to report for scheduled office appointment on May 3, 2024.

On May 1, 2024, the undersigned officer instructed Mr. Ellingsworth to report to the U.S. Probation Office for a scheduled appointment on May 3, 2024. Mr. Ellingsworth confirmed his understanding of this appointment; however, Mr. Ellingsworth failed to report as instructed. Attempts to contact the offender regarding his whereabouts were unsuccessful.

8   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ellingsworth allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on May 6, 2024, at PHS.

Mr. Ellingsworth is enrolled in random drug testing with PHS. He is expected to call the testing line daily to determine if he is to test that same day between 7 a.m. and 7 p.m.

PHS reported Mr. Ellingsworth failed to appear for testing on May 6, 2024.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/07/2024

s/Mark E. Hedge

Mark E. Hedge  
U.S. Probation Officer

Prob12C
Re: Ellingsworth, Shane Christian
May 7, 2024
Page 4

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____5/7/2024_____
Date