PROB 12C  
(6/16)

Report Date: March 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Christian Ellingsworth        Case Number: 0980 2:09CR06055-MKD-1

Address of Offender: ▇▇▇▇▇

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 26, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Aiding and Abetting, 18 U.S.C. §§ 922(g)(1) & 2 | |
| Original Sentence: | Prison - 180 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Resentencing: (May 24, 2016) | Prison - 108 Months; TSR - 36 Months | |
| Revocation Sentence: (January 6, 2022) | Prison - 21 Months; TSR - 15 Months | |
| Revocation Sentence: (August 15, 2024) | Prison - 8 Months; TSR - 12 Months | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: March 6, 2025 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: March 5, 2026 |

### PETITIONING THE COURT

**To issue a WARRANT**

On August 15, 2024, Mr. Shane Ellingsworth appeared before the Court for the purpose of revocation relative to cause number 2:09CR06055-MKD-1. According to the criminal minutes in this case, counsel for the defense waived the reading of Mr. Ellingsworth's standard and special conditions imposed during the proceeding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

Prob12C
Re: Ellingsworth, Shane Christian
March 11, 2025
Page 2

2 **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Ellingsworth is alleged to have violated standard condition number 1 and special condition number 2 by failing to report to the U.S. Probation Office in Spokane within 72 hours of his release from Bureau of Prisons custody, previously occurring on March 6, 2025, and by failing to report to the Spokane Residential Reentry Center (RRC) on March 7, 2025, as required.

Mr. Ellingsworth previously appeared before the Court on August 15, 2024, for the purpose of revocation. As a part of the proceeding, Mr. Ellingsworth was sentenced by the Court to serve an 8-month term of confinement to be followed by a 12-month term of supervised release. Mr. Ellingsworth's release date was subsequently calculated by the Bureau of Prisons to be March 6, 2025.

In the months leading up to Mr. Ellingsworth's release from custody, he submitted a release plan to the Eastern District of Washington outlining his current state of homelessness. As a result, a bed date at the Spokane RRC was arranged for him, consistent with his Court ordered conditions, to mitigate his current state of homelessness.

On March 3, 2025, updated release documentation was received from the Bureau of Prisons, which included a document listing Mr. Ellingsworth's designated release address as the Spokane RRC, site 1 facility, and documented his requirement to "report for supervision" within 72 hours. Mr. Ellingsworth's signature is affixed to the document. The documents provided also included transportation arrangements, which reflected Mr. Ellingsworth being scheduled to arrive in Spokane on March 7, 2025, at approximately 4:30 p.m.

On March 8, 2025, the undersigned officer received notification from the director of the Spokane RRC advising that Mr. Ellingsworth had failed to report to the Spokane RRC on March 7, 2025, as required. In addition, Mr. Ellingsworth has not contacted the U.S. Probation Office in Spokane since his release occurring on March 6, 2025, and his current whereabouts are therefore unknown. Current Bureau of Prisons records reflect that Mr. Ellingsworth has not been in Bureau of Prisons custody since March 6, 2025.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 11, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Ellingsworth, Shane Christian**
**March 11, 2025**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

3/11/2025
Date